## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Anfiny J. Eshoo

                          Plaintiff,

v.                                                 Case No.: 1:20−cv−06192

                                                          Honorable Gary Feinerman

Village of Arlington Heights

                          Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE


     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey T. Gilbert for the purpose of holding proceedings related to: discovery supervision.Mailed notice.(jlj, )


Dated: January 7, 2021

                                                                                             /s/ Gary Feinerman

                                                                                United States District Judge