UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Anfiny J. Eshoo
                            Plaintiff,

v.                                          Case No.: 1:20−cv−06192
                                            Honorable Gary Feinerman

Village of Arlington Heights
                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 15, 2021:

MINUTE entry before the Honorable Jeffrey T. Gilbert: This case has been referred to Magistrate Judge Gilbert for discovery supervision. A telephone status conference with the Court is set for 2/26/21 at 10:00 a.m. The toll−free call−in number and access code for the telephone conference is as follows: Dial: 877−336−1829 Access Code: 1022195. When you are connected to the conference system, please keep your phone on mute until your case is called. There may be other people in other cases speaking in the conference when you join the conference and before your case is called. When your case is called, please unmute your phone and remember to say your name each and every time you speak. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Prior to the status hearing, the parties shall familiarize themselves with the subjects referenced in Magistrate Judge Gilbert's Standing Order for Initial Status Report posted on the Court's website at www.ilnd.uscourts.gov/Judges as applicable to referral cases. No updated status report necessary before 2/26/21. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.